UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-cr-20698-SCOLA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

AIMAN ARYAN et al.,

    Defendants.
_____ /

**ORDER DENYING MOTION FOR *DAUBERT* HEARING
AND TO EXCLUDE EXPERT TESTIMONY**

THIS MATTER is before the Court on the Motion to Exclude Testimony of Robert Parrado and Request for *Daubert* Hearing [ECF No. 526], filed by Defendant Aiman Aryan. Upon careful consideration, this Motion is denied.

Defendant Aryan's arguments are vague and unsupported, and they do not show that there is any real question regarding Parrado's qualifications to testify. As such, the Court is not required to hold a pre-trial *Daubert* hearing. *See United States v. Bachynsky*, 415 F. App'x 167, 173-74 (11th Cir. 2011) ("There is no requirement that a *Daubert* hearing always be held.").

The Court further finds that Parrado's expected testimony regarding the practices of Robert's Drug Store and its pharmacists may be relevant to, and probative of, Aryan's criminal intent to commit the offenses charged in Counts 1 and 9. Beyond this finding, the Court need not specifically resolve the admissibility and relevancy of the expert testimony at this time. That is a matter that may be more adequately addressed in the course of trial, at

which time Defendants are of course free to offer contemporaneous objections. All that the Court need decide now is that the expert is sufficiently qualified to testify and that there is no cause for an evidentiary hearing under *Daubert*.

Accordingly, it is hereby **ORDERED and ADJUDGED** that this Motion is **DENIED**.

**DONE and ORDERED** in Chambers at Miami, Florida on March 19, 2012.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

*Copies to:*
Designated U.S. Magistrate
All Counsel of Record